TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ZAKARIYA K. VARSHOVI
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 503-1662
    Facsimile: (213) 894-7819
    E-mail: Zakariya.Varshovi@usdoj.gov

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ZAKARIYA K. VARSHOVI,<br><br>Applicant. | Case No. 2: 22-CM-00014<br><br>**APPLICATION FOR LEAVE OF COURT FOR ZAKARIYA K. VARSHOVI TO PRACTICE ON BEHALF OF THE UNITED STATES ATTORNEY'S OFFICE** |

To the Honorable Philip S. Gutierrez, Chief Judge of the United States District Court for the Central District of California:

The Undersigned, David M. Harris, Assistant United States Attorney and Chief of the Civil Division of the United States Attorney's Office for the Central District of California, respectfully requests that this Court authorize Assistant United States Attorney Zakariya K. Varshovi to practice before the United States District Court for the Central District of California pending his admission to the State Bar of California as permitted by Local Rule 83-2.1.4.1.

As set forth in the attached declaration, Mr. Varshovi has been employed as an

Assistant United States Attorney for the Central District of California since January 18, 2022. He is a member in good standing of the State Bars of Maryland and the District of Columbia. Mr. Varshovi has registered to take the Attorneys' Examination for admission to the State Bar of California on February 22, 2022.

On this basis, the undersigned respectfully requests leave of this Court, under Local Rule 83-2.1.4.1, to admit Mr. Varshovi to practice law in this District as an Assistant United States Attorney pending his admission to the State Bar of California.

Dated: February 1, 2022          Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *David M. Harris*
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division