FILED
CLERK, U.S. DISTRICT COURT

02/02/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

LINK 1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ZAKARIYA K. VARSHOVI,<br><br>Applicant. | Case No.   2:   22-CM-00014 - PSG<br><br>[PROPOSED]<br>**ORDER RE: APPLICATION FOR LEAVE OF COURT FOR ZAKARIYA K. VARSHOVI TO PRACTICE ON BEHALF OF THE UNITED STATES ATTORNEY'S OFFICE**<br><br>**Hon. Philip S. Gutierrez<br>Chief United States District Judge** |

1

1        IT IS ORDERED that the applicant, Zakariya K. Varshovi, is admitted to practice

2  before this Court on behalf of the United States Attorney's Office for the Central District

3  of California.  Once he is admitted to the State Bar of California, he will submit proof of

4  admission to the Attorney Admissions Clerk.

5        02/02/22

6  Dated: ~~January ___, 2022~~

7

8  _____

9  HON. PHILIP S. GUTIERREZ
   CHIEF UNITED STATES DISTRICT JUDGE

10

11

12  Presented by:

13  TRACY L. WILKISON
    United States Attorney

14  DAVID M. HARRIS
    Assistant United States Attorney

15  Chief, Civil Division
    JOANNE S. OSINOFF

16  Assistant United States Attorney
    Chief, General Civil Section

17  ZAKARIYA K. VARSHOVI
    Assistant United States Attorney

18

19  /s/ *David M. Harris*
    _____

20  DAVID M. HARRIS
    Assistant United States Attorney

21  Chief, Civil Division

22

23

24

25

26

27

28